UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEMETRIUS MCBRIDE,

    Plaintiff,

                                Case No. 2:20-cv-212

v.

                                Honorable Hala Y. Jarbou

BIENVENIDO B. CANLAS, et al.,

    Defendants.

_____/

## ORDER

This is a civil rights action brought by a prisoner proceeding *in forma pauperis*. On October 8, 2021, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the Court deny Defendant Carmen McIntyre's motion for summary judgment. (R&R, ECF No. 43.) The R&R was duly served on the parties. No objections have been filed and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes sound recommendations. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 43) is **ACCEPTED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant McIntyre's motion for summary judgment (ECF No. 30) is **DENIED**.

Dated: November 16, 2021                         /s/ Hala Y. Jarbou

                                             HALA Y. JARBOU
                                             UNITED STATES DISTRICT JUDGE